Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  13−28221−KCF<br>
Chapter:  13<br>
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Roberto Roman | Tinisha Roman |
| dba R&R Express Furniture Transport | aka Tina Roman |
| 126 Park Avenue | 126 Park Avenue |
| Old Bridge, NJ 08857 | Old Bridge, NJ 08857 |

Social Security No.:
  xxx−xx−5025                              xxx−xx−6311

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 14, 2014.

On 10/14/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                    November 30, 2016
Time:                     10:00 AM
Location:              Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 17, 2016
JJW: vpm

James J. Waldron<br>
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-28221-KCF
Roberto Roman                                                         Chapter 13
Tinisha Roman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 17, 2016
                             Form ID: 185          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
```
db/jdb      +Roberto Roman,   Tinisha Roman,   126 Park Avenue,   Old Bridge, NJ 08857-1226
cr          +Midstate Federal Credit Union,   237 Rosevelt Avenue,   Carteret, NJ 07008-3583
cr          +WELLS FARGO BANK, N.A.,   3476 Stateview Boulevard /MAC# X7801-014,   Fort Mill, SC 29715-7200
cr          +WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
lm          +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
514154331   +American Express,   PO Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
514370298    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514364176    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514154334   +Bank Of America,   Attn: Bankruptcy NC4-105-0314,   PO Box 26012,   Greensboro, NC 27420-6012
514154336   #+Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3439
514326857    Capital One, N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
514154338   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514154337   +Chase,   Po Box 24696,   Columbus, OH 43224-0696
514187931   +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
514154339   +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
514154340   +Edwards & Edwards,   PO BOx 372,   Jersey City, NJ 07303-0372
514154341   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
            (address filed with court: Ford Motor Credit Corporation,   Ford Motor Credit,   PO Box 6275,
             Dearborn, MI 48121)
514256382   +Ford Motor Credit Company,   KEITH B. MORGAN, Esquire,   Morgan, Bornstein & Morgan,
             1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
516150514   +HSBC BANK USA, N.A. AS TRUSTEE FOR WELLS et.al.,   Wells Fargo Bank, N.A.,
             Attention: Bankruptcy Department,   MAC# D3347-014,   3476 STATEVIEW BOULEVARD,
             FT. MILL SC 29715-7203
514423748   +HSBC Bank USA, National Association as Trustee for,   c/o Zucker Goldberg & Ackerman,
             200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
515430113   +HSBC Bank USA, National Association as Trustee for,   Wells Fargo Bank, N.A., as servicer,
             ATTN: Bankruptcy Dept.,   MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
514434470   +JPMORGAN CHASE BANK, N.A.,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
             Monroe, LA 71203-4774
514154343   +Law Offices of Harold E. Scherr, P.A.,   1064 Greenwood Blvd., Suite 328,
             Lake Mary, Florida 32746-5419
514154344    Mfa Corp,   90-100 Route 1 Nor,   Avenel, NJ 07001
514154345   +Mid State Fcu,   237 Roosevelt Ave # 32,   Carteret, NJ 07008-3533
514154349   +PANTERIS & PANTERIS LLP,   333 SYLVAN AVE,   Suite 201,   ENGLEWOOD CLIFFS, NJ 07632-2732
514154351   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   PO Box 8026,
             Cedar Rapids, IA 52408)
514154352   +Vzw Ne,   Attention: Verizon Wireless Department,   PO Box 3397,   Bloomington, IL 61702-3397
514154353   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
             Frederick, MD 21701)
514154354   #Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street, Suite 301,   P.O. Box 1024,
             Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2016 23:57:11     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2016 23:57:04     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514154333    E-mail/Text: legal@arsnational.com Oct 17 2016 23:56:53     ARS National Services, Inc,,
             PO Box 469048,   Escondido, CA 92046-9048
514154330   +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2016 23:56:20     Ally Financial,
             P O Box 380901,   Bloomington, MN 55438-0901
514228790   +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2016 23:56:20     Ally Financial Inc.,
             P O Box 130424,   Roseville, MN 55113-0004
514276607    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 00:02:06
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
514154332   +E-mail/Text: andy@sklarlaw.com Oct 17 2016 23:58:03     Andrew Sklar, Esq.,   Sklar-Markind,
             102 Browning Lane, Building B, Suite 1,   Cherry Hill, NJ 08003-3195
514154335   +E-mail/Text: ebn@squaretwofinancial.com Oct 17 2016 23:57:28     Cach Llc/Square Two Financial,
             Attention: Bankruptcy,   4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3485
514154342   +E-mail/Text: fggbanko@fgny.com Oct 17 2016 23:56:25     Forster, Garbus & Garbus,
             7 Banta Place,   Hackensack, NJ 07601-5604
514154346    E-mail/Text: kmorgan@morganlaw.com Oct 17 2016 23:57:53     Morgan, Bornstein & Morgan,
             1236 Brace Road, Suiite K,   Cherry Hill, NJ 08034-3269
514154348   +E-mail/Text: egssupportservices@egscorp.com Oct 17 2016 23:57:19     NCO FINANCIAL SYSTEMS INC.,
             507 Prudential Road,   Horsham, PA 19044-2368
```

```
District/off: 0312-3          User: admin            Page 2 of 2            Date Rcvd: Oct 17, 2016
                              Form ID: 185            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514154347     +E-mail/Text: bankruptcydepartment@tsico.com Oct 17 2016 23:57:49      NCO Financial Systems,
               PO Box 15773,   Wilmington, DE 19850-5773
514414786      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 00:01:28
               Portfolio Recovery Associates, LLC,   c/o Chase Bank Usa, N.a.,   POB 41067,
               Norfolk VA 23541
                                                                             TOTAL: 13


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            HSBC Bank USA, National Association as Trustee for
514372893*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514402076*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514154350   ##+Ryan Gentile,   147 West 35th Street,   Suite 1008,   New York, NY 10001-2114
                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
```
         Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo   docs@russotrustee.com
         Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
         Allyson M Kiesel   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
         Andrew L. Spivack   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
          Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
          nj.bkecf@fedphe.com
         Denise E. Carlon   on behalf of Creditor   WELLS FARGO BANK, N.A.
          bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
          Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
          bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
         Drew  Edwards   on behalf of Creditor   Midstate Federal Credit Union drew@edwardslegal.com
         John Philip Schneider   on behalf of Creditor   WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK
          USA, NATIONAL ASSOCIATION AS TRUSTEE et.al. nj.bkecf@fedphe.com
         R. A. Lebron   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
         Ryan L. Gentile   on behalf of Joint Debtor Tinisha  Roman rlg@lawgmf.com,
          rlgentile82@gmail.com;gmf@lawgmf.com;sue@lawgmf.com
         Ryan L. Gentile   on behalf of Debtor Roberto  Roman rlg@lawgmf.com,
          rlgentile82@gmail.com;gmf@lawgmf.com;sue@lawgmf.com
                                                                 TOTAL: 12
```