Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−28221−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto Roman                                          Tinisha Roman
   dba R&R Express Furniture Transport       aka Tina Roman
   126 Park Avenue                               126 Park Avenue
   Old Bridge, NJ 08857                       Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−5025                                   xxx−xx−6311

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 14, 2014.

On 4/10/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:             May 10, 2017
Time:            10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 11, 2017
JAN: vpm

                                                                    Jeanne Naughton
                                                                     Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 13-28221-KCF
Roberto Roman                                                       Chapter 13
Tinisha Roman
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin                Page 1 of 2      Date Rcvd: Apr 11, 2017
                            Form ID: 185               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db/jdb        +Roberto Roman,   Tinisha Roman,   126 Park Avenue,   Old Bridge, NJ 08857-1226
cr            +Midstate Federal Credit Union,   237 Rosevelt Avenue,   Carteret, NJ 07008-3583
cr            +WELLS FARGO BANK, N.A.,   3476 Stateview Boulevard /MAC# X7801-014,   Fort Mill, SC 29715-7200
cr            +WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK,   Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
lm            +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
514154331     +American Express,   PO Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
514370298      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514364176      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514154334     +Bank Of America,   Attn: Bankruptcy NC4-105-0314,   PO Box 26012,   Greensboro, NC 27420-6012
514154336     +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
514326857      Capital One, N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
514154338     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514154337     +Chase,   Po Box 24696,   Columbus, OH 43224-0696
514187931     +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
                Mason, OH 45040-8053
514154339     +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
514154340     +Edwards & Edwards,   PO BOx 372,   Jersey City, NJ 07303-0372
514154341    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,   Ford Motor Credit,   PO Box 6275,
                 Dearborn, MI 48121)
514256382     +Ford Motor Credit Company,   KEITH B. MORGAN, Esquire,   Morgan, Bornstein & Morgan,
                1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
516150514     +HSBC BANK USA, N.A. AS TRUSTEE FOR WELLS et.al.,   Wells Fargo Bank, N.A.,
                Attention: Bankruptcy Department,   MAC# D3347-014,   3476 STATEVIEW BOULEVARD,
                FT. MILL SC 29715-7203
514423748     +HSBC Bank USA, National Association as Trustee for,   c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
515430113     +HSBC Bank USA, National Association as Trustee for,   Wells Fargo Bank, N.A., as servicer,
                ATTN: Bankruptcy Dept.,   MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
514434470     +JPMORGAN CHASE BANK, N.A.,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                Monroe, LA 71203-4774
514154343     +Law Offices of Harold E. Scherr, P.A.,   1064 Greenwood Blvd., Suite 328,
                Lake Mary, Florida 32746-5419
514154344      Mfa Corp,   90-100 Route 1 Nor,   Avenel, NJ 07001
514154345     +Mid State Fcu,   237 Roosevelt Ave # 32,   Carteret, NJ 07008-3533
514154349     +PANTERIS & PANTERIS LLP,   333 SYLVAN AVE,   Suite 201,   ENGLEWOOD CLIFFS, NJ 07632-2732
514154351    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   PO Box 8026,
                 Cedar Rapids, IA 52408)
514154352     +Vzw Ne,   Attention: Verizon Wireless Department,   PO Box 3397,   Bloomington, IL 61702-3397
514154353    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
                 Frederick, MD 21701)
514154354     #Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street, Suite 301,   P.O. Box 1024,
                Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:25      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514154333      E-mail/Text: legal@arsnational.com Apr 11 2017 22:48:10      ARS National Services, Inc,,
                PO Box 469048,   Escondido, CA 92046-9048
514154330     +E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2017 22:47:35      Ally Financial,
                P O Box 380901,   Bloomington, MN 55438-0901
514228790     +E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2017 22:47:35      Ally Financial Inc.,
                P O Box 130424,   Roseville, MN 55113-0004
514276607      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2017 22:50:59
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
514154332     +E-mail/Text: andy@sklarlaw.com Apr 11 2017 22:49:25      Andrew Sklar, Esq.,   Sklar-Markind,
                102 Browning Lane, Building B, Suite 1,   Cherry Hill, NJ 08003-3195
514154335     +E-mail/Text: ebn@squaretwofinancial.com Apr 11 2017 22:48:50      Cach Llc/Square Two Financial,
                Attention: Bankruptcy,   4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3485
514154342     +E-mail/Text: fggbanko@fgny.com Apr 11 2017 22:47:44      Forster, Garbus & Garbus,
                7 Banta Place,   Hackensack, NJ 07601-5604
514154346      E-mail/Text: kmorgan@morganlaw.com Apr 11 2017 22:49:11      Morgan, Bornstein & Morgan,
                1236 Brace Road, Suiite K,   Cherry Hill, NJ 08034-3269
514154348     +E-mail/Text: egssupportservices@egscorp.com Apr 11 2017 22:48:36      NCO FINANCIAL SYSTEMS INC.,
                507 Prudential Road,   Horsham, PA 19044-2308
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Apr 11, 2017
                              Form ID: 185             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
514154347       +E-mail/Text: bankruptcydepartment@tsico.com Apr 11 2017 22:49:10     NCO Financial Systems,
                 PO Box 15773,    Wilmington, DE 19850-5773
514414786        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2017 22:51:10
                 Portfolio Recovery Associates, LLC,   c/o Chase Bank Usa, N.a.,   POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, National Association as Trustee for
514372893*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514402076*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514154350    ##+Ryan Gentile,   147 West 35th Street,   Suite 1008,   New York, NY 10001-2114
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allyson M Kiesel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Drew    Edwards    on behalf of Creditor    Midstate Federal Credit Union drew@edwardslegal.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK
               USA, NATIONAL ASSOCIATION AS TRUSTEE et.al. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
               nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              Ryan L. Gentile    on behalf of Joint Debtor Tinisha   Roman rlg@lawgmf.com,
               rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com
              Ryan L. Gentile    on behalf of Debtor Roberto   Roman rlg@lawgmf.com,
               rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com
                                                                                              TOTAL: 13
```