**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

- **1** Valuation of Security
- **0** Assumption of Executory Contract or Unexpired Lease
- **0** Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Roberto Roman and Tinisha Roman

Debtor(s)

Case No.: _____13-28221_____  
Judge: _____Kathryn C. Ferguson_____

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  Date: _____May 9, 2018_____  
☒ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __RG__   Initial Debtor: __RR__   Initial Co-Debtor: __TR__

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐   Refinance of real property:
Description:
Proposed date for completion: _____

☐   Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☒ Other information that may be important relating to the payment and length of plan:

The Debtors shall pay $82,758 total to date.
The Debtors shall pay $2,000 per month for 3 months beginning on June 2018 through August 2018.

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1,325 |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

| **Part 4:** | **Secured Claims** |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage (Amended Claim #14 - filed on May 7, 2018) | Residence - 126 Park Avenue Old Bridge, NJ 08857 | $71,994.84 | 0% | $71,994.84 | $3,813.97 with the possibility of adjustments to the above amount in the future pursuant to the terms of the loan |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| JP Morgan Chase Bank, N.A.<br><br>Claim #15 | 126 Park Avenue Old Bridge, NJ 08857 | $145,522.96 | $435,000 | Wells Fargo Home Mortgage<br><br>$526,511.51 | No Value | N/A | 0% |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Payments to Mfa Corp Account # 301435 securing a 2011 Ford Econoline E250 Van-V8 Cargo Van are current and unaffected by the Plan. Payments to Ally Financial Account # 020918307043 securing a 2010 Nissan Altima-V6 Coupe 2D are current and unaffected by the Plan.

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** |||
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

### Part 5:   Unsecured Claims ☐ NONE

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☐ Not less than $ _____ to be distributed *pro rata*

   ☐ Not less than _____ percent

   ☒ *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:   Executory Contracts and Unexpired Leases ☒ NONE

   (NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

| **Part 7:** | **Motions** ☐ NONE |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| JP Morgan Chase Bank, N.A.  Claim #15 | 126 Park Avenue Old Bridge, NJ 08857 | $145,522.96 | $435,000 | Wells Fargo Home Mortgage  $526,511.51 | No Value | $145,522.96 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages 5) Priority Claims 6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification** ☐ **NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____April 10, 2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Wells Fargo Amended their Proof of claim on May 7, 2018 to fix their proof of claim that was previously listed as $91,197.54 to the correct amount of $71,994.84. | Part 1e is being amended to change the payments to account for the new arrears after Wells Fargo fixed the arrears amount to the correct amount |
| | Part 4a - Amended to correct the amount of arrears owed to Wells Fargo |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: May 9, 2018                                  /s/ Ryan Gentile  
                                                               Attorney for the Debtor

Date: May 9, 2018                                  /s/ Roberto Roman  
                                                               Debtor

Date: May 9, 2018                                  /s/ Tinisha Roman  
                                                               Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: May 9, 2018                                           /s/ Ryan Gentile
                                                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: May 9, 2018                                           /s/ Roberto Roman
                                                                         Debtor

Date: May 9, 2018                                           /s/ Tinisha Roman
                                                                         Joint Debtor

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 13-28221-KCF
Roberto Roman                                               Chapter 13
Tinisha Roman
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2         Date Rcvd: May 10, 2018
                              Form ID: pdf901            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db/jdb         +Roberto Roman,    Tinisha Roman,    126 Park Avenue,    Old Bridge, NJ 08857-1226
cr             +Midstate Federal Credit Union,    237 Rosevelt Avenue,    Carteret, NJ 07008-3583
cr             +WELLS FARGO BANK, N.A.,    3476 Stateview Boulevard /MAC# X7801-014,    Fort Mill, SC 29715-7200
cr             +WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
lm             +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
514154331      +American Express,    PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
514370298       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514364176       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514154336      +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
514326857       Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
514154338      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514154337      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
514187931      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
514154339      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514154340      +Edwards & Edwards,    PO BOx 372,    Jersey City, NJ 07303-0372
514154341     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,     Ford Motor Credit,    PO Box 6275,
                Dearborn, MI 48121)
514256382      +Ford Motor Credit Company,    KEITH B. MORGAN, Esquire,    Morgan, Bornstein & Morgan,
                1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
516150514      +HSBC BANK USA, N.A. AS TRUSTEE FOR WELLS et.al.,    Wells Fargo Bank, N.A.,
                Attention: Bankruptcy Department,    MAC# D3347-014,    3476 STATEVIEW BOULEVARD,
                FT. MILL SC 29715-7203
514423748      +HSBC Bank USA, National Association as Trustee for,    c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515430113      +HSBC Bank USA, National Association as Trustee for,    Wells Fargo Bank, N.A., as servicer,
                ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517518411       HSBC Bank USA, National Association et.al.,    Wells Fargo Bank, N.A.,
                Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
514434470      +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe, LA 71203-4774
514154343      +Law Offices of Harold E. Scherr, P.A.,    1064 Greenwood Blvd., Suite 328,
                Lake Mary, Florida 32746-5419
514154344       Mfa Corp,    90-100 Route 1 Nor,    Avenel, NJ 07001
514154345      +Mid State Fcu,    237 Roosevelt Ave # 32,    Carteret, NJ 07008-3533
514154349      +PANTERIS & PANTERIS LLP,    333 SYLVAN AVE,    Suite 201,    ENGLEWOOD CLIFFS, NJ 07632-2732
514154351     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52408)
514154353     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Cir,
                Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 23:27:34    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 23:27:34    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514154333       E-mail/Text: legal@arsnational.com May 10 2018 23:27:25    ARS National Services, Inc,,
                PO Box 469048,    Escondido, CA 92046-9048
514154330      +E-mail/Text: ally@ebn.phinsolutions.com May 10 2018 23:26:57    Ally Financial,
                P O Box 380901,    Bloomington, MN 55438-0901
514228790      +E-mail/Text: ally@ebn.phinsolutions.com May 10 2018 23:26:57    Ally Financial Inc.,
                P O Box 130424,    Roseville, MN 55113-0004
514276607       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2018 23:40:41
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
514154332      +E-mail/Text: andy@sklarlaw.com May 10 2018 23:28:36    Andrew Sklar, Esq.,    Sklar-Markind,
                102 Browning Lane, Building B, Suite 1,    Cherry Hill, NJ 08003-3195
514154335      +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2018 23:34:03
                Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                Denver, CO 80237-3485
514154342      +E-mail/Text: fggbanko@fgny.com May 10 2018 23:27:01    Forster, Garbus & Garbus,
                7 Banta Place,    Hackensack, NJ 07601-5604
514154346       E-mail/Text: kmorgan@morganlaw.com May 10 2018 23:28:19    Morgan, Bornstein & Morgan,
                1236 Brace Road, Suiite K,    Cherry Hill, NJ 08034-3269
514154348      +E-mail/Text: egssupportservices@alorica.com May 10 2018 23:27:47    NCO FINANCIAL SYSTEMS INC.,
                507 Prudential Road,    Horsham, PA 19044-2308
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: May 10, 2018
                              Form ID: pdf901          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514154347       +E-mail/Text: bankruptcydepartment@tsico.com May 10 2018 23:28:18     NCO Financial Systems,
                 PO Box 15773,   Wilmington, DE 19850-5773
514414786        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2018 23:51:46
                 Portfolio Recovery Associates, LLC,   c/o Chase Bank Usa, N.a.,   POB 41067,
                 Norfolk VA 23541
514154352       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 10 2018 23:26:52
                 Vzw Ne,   Attention: Verizon Wireless Department,   PO Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, National Association as Trustee for
514372893*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514402076*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514154334    ##+Bank Of America,   Attn: Bankruptcy NC4-105-0314,   PO Box 26012,   Greensboro, NC 27420-6012
514154350    ##+Ryan Gentile,   147 West 35th Street,   Suite 1008,   New York, NY 10001-2114
514154354    ##Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street, Suite 301,   P.O. Box 1024,
                 Mountainside, NJ 07092-0024
                                                                                       TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allyson M Kiesel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK USA,
               NATIONAL ASSOCIATION AS TRUSTEE et.al. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Drew   Edwards    on behalf of Creditor    Midstate Federal Credit Union drew@edwardslegal.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12
               nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              Ryan L. Gentile    on behalf of Joint Debtor Tinisha   Roman rlg@lawgmf.com,
               rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;kp@lawgmf.com
              Ryan L. Gentile    on behalf of Debtor Roberto   Roman rlg@lawgmf.com,
               rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;kp@lawgmf.com
                                                                                              TOTAL: 13
```